GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone:    (916) 780-8222
Fax:        (916) 780-8775

Attorneys for Defendants
Indemnity Company of California and
Insco Insurance Services, Inc.

MARSHA A. BEDWELL, ESQ. (SBN 094860)
General Counsel
AMY BISSON HOLLOWAY, ESQ. (SBN 163731)
Assistant General Counsel
PETER J. STUBBS, ESQ (SBN 127919)
Deputy General Counsel
**CALIFORNIA DEPARTMENT OF EDUCATION**
1430 N Street, Room 5319
Sacramento, CA 95814
Phone:    (916) 319-0860
Fax:        (916) 319-0155

Attorney for Plaintiff
California Department of Education

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CALIFORNIA DEPARTMENT OF EDUCATION, a State agency,<br><br>    Plaintiff,<br><br>    vs.<br><br>INDEMNITY COMPANY OF CALIFORNIA, a corporation and INSCO INSURANCE SERVICES, INC., a corporation, and DOES 1-50,<br><br>    Defendants. | No.    2:08-CV-02209-FCD-GGH<br><br>**JOINT STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER AND TO EXTEND DISCOVERY CUTOFF DATE FOR LIMITED PURPOSE TO DECEMBER 14, 2009** |
|---|---|

WHEREAS pursuant to the Court's Status (PreTrial Scheduling) Order dated November 19, 2008, the discovery cutoff in this case is October 30, 2009.

WHEREAS the parties are still attempting to set a date for the previously noticed deposition of plaintiff's person most knowledgeable, to accommodate the schedule of counsel and the witness;

1  WHEREAS the parties desire to ensure that the deposition of plaintiff's person most
2  knowledgeable be completed, and to guard against the possibility that for any reason his or her
3  deposition might not be able to take place within the existing discovery cutoff date, or interrupted or
4  not finished before such date;

5  WHEREAS the current discovery cutoff of October 30, 2009 would not leave enough time to
6  complete the deposition or to have any disputes concerning the deposition resolved by the
7  magistrate;

8  WHEREAS the parties have conferred in good faith and believe and are agreed that a limited
9  extension of the discovery cutoff date is appropriate to ensure the completion of this deposition and
10 will not result in any other delay in this case, including any delay relating to the trial or pretrial dates
11 or the date for dispositive motions;

13  IT IS HEREBY STIPULATED and AGREED THAT:

14  1.  Good cause exists to modify the existing scheduling order and to briefly extend the
15 discovery cutoff date from October 30, 2009 to Monday December 14, 2009 for the limited purpose
16 of completing currently noticed depositions and for resolving any disputes that may arise relating to
17 the deposition of plaintiff's person most knowledgeable.  The discovery cutoff date of October 30,
18 2009 is therefore extended to December 14, 2009 for this limited purpose.  In conjunction with the
19 discovery cutoff date extension set forth herein, the date set in the scheduling order dated November
20 19, 2008 for discloser of expert witnesses shall also be extended from November 13, 2009 to
21 December 30, 2009, and the date for supplemental expert witness discloser shall be extended from
22 December 3, 2009 to January 19, 2010.

23  2.  The extension of the discovery cutoff date as provided in paragraph 1 shall be
24 construed to allow the service of responses to any outstanding discovery requests as well as the
25 service of any further discovery requests that would otherwise have been untimely under the
26 previous discovery cutoff date of October 30, 2009.

27 / / /
28 / / /

3. The extension of the discovery cutoff date as provided in paragraph 1 shall not extend or alter any other dates or deadlines in the scheduling order dated November 19, 2008.

DATED: October 29, 2009

                                 **MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*


By:     /s/ Glenn W. Peterson
          GLENN W. PETERSON

Attorneys for Defendants
Indemnity Company of California and
Insco Insurance Services, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson


DATED: October 29, 2009                       **CALIFORNIA DEPARTMENT OF EDUCATION**


By:     /s/ Peter J. Stubbs
         **(As Authorized on 10/28/09)**
         PETER J. STUBBS

Attorney for Plaintiff
California Department of Education

**IT IS SO ORDERED.**


DATED: October 29, 2009                       _____
                                                     FRANK C. DAMRELL, JR.
                                                     UNITED STATES DISTRICT JUDGE